UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | In proceedings under |
| | ) | Chapter 7 |
| MARY ANN HOOD, | ) | |
| | ) | |
| Debtor. | ) | Bk. No. 09-31704 |
| | ) | |
| DANA S. FRAZIER, Trustee of the | ) | |
| Estate of Mary Ann Hood, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No. 11-3303 |
| | ) | |
| DANIEL J. WEHRLE and | ) | |
| MARY ANN HOOD, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**

DANA S. FRAZIER, Trustee of the Estate of Mary Ann Hood (the "Trustee"), by and through her undersigned attorneys states as follows:

**Argument**

Under rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, "[t]he Court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a); Fed. Rule Bankr. P. 7056.

The Debtor filed her motion for summary judgment on May 20, 2013. While it is replete with assertions concerning American Express, her former counsel, and settlement discussions with the Trustee, the motion falls far short of demonstrating the absence of genuine issues as to material facts. Significantly, most of the "evidence" contained in the motion consists of inadmissible hearsay and the Debtor's self-serving ruminations.

The Debtor has fallen far short of establishing her right to entry of judgment as matter of law, and the Court should enter its Order denying the Debtor's motion.

Respectfully submitted,

THE KUNIN LAW OFFICES, LLC

By: /s/ Steven M. Wallace
_____
Steven M. Wallace -#06198917
1606 Eastport Plaza Drive, Suite 110
Collinsville, Illinois 62234
(618) 215-4803
Fax: (855) 235-5043
Email: swallace@kuninlaw.com

Counsel to Dana S. Frazier,
Chapter 7 Trustee of the Estate
of Mary Ann Hood

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was served this 31st day of May, 2013, electronically on all persons on the Court's CM/ECF notice list and on the following via the United States Postal Service, postage fully prepaid:

Mary Ann Hood
2003 Clawson Street
Alton, IL 62002

                                              /s/ Steven M. Wallace
                                              _____